NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (CBN 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone: (213) 894-6166
   Facsimile: (213) 894-0142
   E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:20-CV-07450 |
| Plaintiff, | VERIFIED COMPLAINT FOR FORFEITURE |
| v. | |
| $50,000.00 IN U.S. CURRENCY, | [21 U.S.C. § 881(a)(6)] |
| Defendant. | [D.E.A.] |

The United States of America brings this claim against the defendant $50,000.00 in U.S. currency ("defendant currency"), and alleges as follows:

### JURISDICTION AND VENUE

1. This is a civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(6).

///

2. This court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

## PERSONS AND ENTITIES

4. The plaintiff is the United States of America.

5. The defendant is $50,000.00 in U.S. currency seized from Kiarash Kia Kahrobaei ("Kahrobaei") on November 20, 2019, during a consensual search at Los Angeles International Airport ("LAX").

6. The interests of Kahrobaei may be adversely affected by these proceedings.

7. The defendant currency is in the custody of United States Marshals Service, where it shall remain subject to this court's jurisdiction during the pendency of this action.

## FACTS SUPPORTING FORFEITURE

### Initial Interview of Kahrobaei

8. On November 20, 2019, officers from the Drug Enforcement Administration ("DEA") LAX Group 3 received information from another DEA Airport Group that Kahrobaei was flying from Orlando, Florida to Los Angeles, California on a one-way ticket he had purchased the previous night. The officers were able to determine that Kahrobaei had flown from Los Angeles to Orlando on a flight that left Los Angeles on the night of November 19, landed in Orlando in the morning of November 20, and had then taken a flight back to Los Angeles a few hours later, on the afternoon of the 20th. The officers also discovered that Kahrobaei had arrived in Orlando with two pieces of checked luggage, but returned to Los Angeles with only one.

9. On the afternoon of the 20th, officers at LAX monitoring American Airlines flight #227 inbound from Orlando identified Kahrobaei by the description they had been given and his photograph. He exited the jetway carrying a

backpack, proceeded to retrieve one suitcase from the baggage carousel, and walked towards the exit. Officers approached Kahrobaei without impeding his path, identified themselves as law enforcement officers, and asked to speak with him, to which Kahrobaei consented. Kahrobaei said he was returning home to Los Angeles from Orlando, where he visited a friend. When asked when he had purchased his ticket and how long he had been in Orlando, Kahrobaei said he purchased his ticket a couple of days before the flight, and had been in Orlando for about two days. When asked if anyone had given him anything to transport back to Los Angeles, Kahrobaei said "no," admitting that he had packed his own bags and that his suitcase and backpack were the only luggage in his possession. When officers asked Kahrobaei if he had anything illegal in his luggage or large sums of currency, he admitted that he was carrying about $200.00 in his pants pocket, but had nothing illegal.

10. When officers asked Kahrobaei how much money was in his checked suitcase, he stated "$45,000.00." Officers asked Kahrobaei for consent to search his suitcase, and he consented, responding "go ahead," and handing his suitcase to the officers. When asked where the money came from, Kahrobaei said he had picked it up from a friend but refused to provide the friend's name. When asked if he was employed, Kahrobaei replied that he owned a trucking company and also bought and sold used cars. Kahrobaei agreed to accompany the officers to their office for further discussion of the large amount of money. Kahrobaei carried the suitcase and backpack to the office himself. While walking to the office, officers again asked Kahrobaei where the money came from, and he replied that he had sold a car to a friend and flew to Orlando to pick up the money.

Office Interview of Kahrobaei

11. At the DEA airport office, the officers asked Kahrobaei for consent to search his suitcase, backpack and person, to which he agreed. Inside his suitcase, hidden between items of clothing, were two plastic bags - one black and one white

3

- each of which contained well-used, incrementally wrapped and rubber-banded bundles of U.S. currency.

12. Officers asked Kahrobaei again to confirm when he had purchased his airline ticket and his travel dates, reminding him that he had stated that he had purchased his ticket a couple days ago and been in Orlando for a couple of days. Kahrobaei changed his story, admitting that he had flown out of LAX the previous night (November 19), landed in Orlando at 7:00 a.m. the morning of November 20, and flown back to Los Angeles at 12:00 p.m. When asked if he had taken any additional luggage when he flew to Orlando the day before, or had taken anything to Orlando that he left there, Kahrobaei replied, "no." When officers asked again about the source of the currency in his luggage, Kahrobaei said he no longer wanted to speak to the officers and asked for an attorney to be present, at which point the interview was terminated.

13. An officer arranged for a sophisticated drug detecting canine, "Zuke," to conduct a narcotic sniff of the money from Kahrobaei's suitcase. The canine alerted positively to the money, indicating it had recently been in the presence of one or more controlled substances. The currency was seized.

14. A subsequent count of the money seized from Kahrobaei totaled $50,000.00 in U.S. currency (the defendant currency).

Relevant Criminal History

15. A criminal history of check of Kahrobaei revealed that in February 2002, Kahrobaei was arrested for selling marijuana and possession of marijuana for sale. In February 2007, Kahrobaei was arrested for selling marijuana, possession of marijuana for sale and receiving stolen property. In August 2007, Kahrobaei was arrested for possession of marijuana while driving. In May 2011, Kahrobaei was arrested for possession of cocaine. In February 2012, Kahrobaei was convicted of transporting a controlled substance and possession of a controlled substance for sale.

Prior Seizure and Forfeiture Involving Kahrobaei

16. On July 20, 2017, law enforcement officers seized $33,130.00 in U.S. currency from Kahrobaei at the Phoenix Sky Harbor Airport in Phoenix, Arizona.

17. A sophisticated drug detection canine conducted a narcotic sniff of the money discovered in connection with the Sky Harbor seizure, and made a positive alert, indicating the money had recently been in the presence of one or more controlled substances.

18. The Phoenix Police Department ultimately forfeited $29,630.00 portion of the Sky Harbor seizure as part of a settlement.

19. The facts above are strongly indicative of conduct regularly associated with illegal drug trafficking activity, and typical of the practices of couriers of drug trafficking proceeds. Particularly significant are the large amounts of well-used, incrementally wrapped and rubber-banded currency packed in separate plastic bags, hidden among clothes in Kahrobaei's suitcase. The packaging of the money is consistent with common practices of drug money couriers, as are Kahrobaei's inconsistent answers concerning when he bought his airline ticket, how long he had been in Orlando, from whom he had obtained the money, and the actual amount of money he was carrying. Also significant are Kahrobaei's false statements concerning how many pieces of luggage he took to Orlando, and the fact that he traveled with two checked bags to Orlando, a known demand city for illegal drugs from California, and stayed only a few hours before returning to Los Angeles, a source city for illegal drugs, with only one suitcase containing secreted bundles of currency. Kahrobaei also traveled on two one-way tickets purchased the night before. Acquiring one-way tickets shortly before travel is a common practice of couriers of narcotics or narcotics-related proceeds. Also significant are the positive canine alert to the suitcase containing the defendant currency, indicating it had been in recent, close proximity to controlled substances, Kahrobaei's criminal history of the sale, transport and possession of drugs and the 2017 forfeiture of

$33,130.00 in U.S. currency, where the facts indicate that money was also proceeds of drug trafficking. All of these facts are typical indicators that an individual is transporting proceeds of drug trafficking or money intended to be used in one or more exchanges for a controlled substance.

20. Based on the above, plaintiff alleges that the defendant currency represents or is traceable to proceeds of illegal narcotics trafficking, or was intended to be used in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841, *et seq*. The defendant currency is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff United States of America prays that:

(a) due process issue to enforce the forfeiture of the defendant currency;

(b) due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c) that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED: August 18, 2020

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

    /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## VERIFICATION

I, Shawna D. Johnson, hereby declare that:

1. I am a Special Agent with the Drug Enforcement Administration and am familiar with this investigation.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents, which I believe to be reliable.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 17, 2020 in LOS ANGELES, California.

SHAWNA D. JOHNSON