JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$50,000.00 IN U.S. CURRENCY,<br><br>Defendant. | No. 2:20−cv−07450−RGK−KS<br><br>CONSENT JUDGMENT OF FORFEITURE |
| AUTOGRAPH LOGISTICS INC.,<br><br>Claimant. | |

Plaintiff United States of America and Claimant Autograph Logistics Inc. have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

/ / /

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Autograph Logistics Inc. ("Claimant") filed the only claim and answer, and the time for filing claims and answers has expired. All potential claimants to the defendant $50,000.00 in U.S. Currency (the "defendant currency") other than Claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

4. $18,000.00 of the defendant currency, without interest, shall be returned to Claimant through his counsel.

5. The United States of America shall have judgment as to the remaining $32,000.00 of the defendant currency, together with all interest earned on the entirety of the defendant $50,000.00 in U.S. Currency since seizure, and no other right, title or interest shall exist therein. The government shall dispose of the forfeited funds according to law.

6. There was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

7. Each of the parties shall bear its own fees and costs in connection with the seizure and retention of the defendant currency and the litigation of this action.

IT IS SO ORDERED.

Dated: September 2, 2021

*Gary Klausner*
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ *Katharine Schonbachler*
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA